HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel. (916) 498-5700/Fax (916) 498-5700
Rachelle_barbour@fd.org

Attorney for Defendant
SOFIA TANTILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:18-mj-0285 JDP |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER VACATING REVIEW HEARING, TERMINATING PROBATION, AND DISMISSING OFFENSE WITHOUT ENTRY OF JUDGMENT** |
| vs. | |
| SOFIA TANTILLO, | |
| Defendant. | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, SOFIA TANTILLO, by and through her Assistant Federal Defender Rachelle Barbour, that the Court may vacate the review hearing set for August 20, 2019. Ms. Tantillo requests that the Court terminate the term of probation, and the Government does not oppose. Ms. Tantillo has paid her entire fine in the amount of $40 and completed all other terms of supervision. The parties stipulate to withdrawal of the plea and dismissal of the offense without entry of judgment.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 15, 2019          */s/ Rachelle Barbour*
                               RACHELLE BARBOUR
                               Assistant Federal Defender
                               Attorney for SOFIA TANTILLO

|   |   |   |
|---|---|---|
| | | McGREGOR SCOTT
United States Attorney |
| | Dated:  August 15, 2019 | /s/ *Rachelle Barbour for S. St.Vincent*
SUSAN ST. VINCENT
Legal Officer |

ORDER

The review hearing scheduled for August 20, 2019 is vacated. The court hereby terminates the term of probation. Ms. Tantillo's plea is hereby vacated and this case is dismissed without entry of judgment.

IT IS SO ORDERED.

Dated: August 19, 2019

UNITED STATES MAGISTRATE JUDGE